IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| HELENA AGRI-ENTERPRISES, LLC, a Delaware limited liability company, formerly known as HELENA CHEMICAL COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>K D FARMS, INC., a Nebraska corporation,<br><br>Defendant. | Case No. 8:19-cv-168 |

**ENTRY OF DEFAULT JUDGMENT**

Default judgment is hereby entered against Defendant K D Farms, Inc. for failure to plead or otherwise defend as provided by Federal Rule of Civil Procedure 55(b)(1).

IT IS, THEREFORE ORDERED, that Judgment is hereby entered by default against the Defendant, K D Farms, Inc., in the amount of $135,500.83, plus costs of this action in the amount of $406.55 and post-judgment interest rate of 2.37% pursuant to 28 U.S.C. 1961 from and after entry of this judgment.

Dated this 17th day of May, 2019.

                                                                                  s/Lindsey Olson
                                                                                   CLERK OF THE COURT